RECEIVED
APR 2 4 2019
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

**ELOI KOUEKASSAZO**

(Enter Above the Name of the Plaintiff in this Action)

vs.

**COLUMBUS DIVISION OF POLICE HEADQUATER**

(Enter above the name of the Defendant in this Action)

2 19CV1578

Judge Watson

MAGISTRATE JUDGE JOLSON

If there are additional Defendants, please list them:
**OFFICE OF THE MAYOR COLUMBUS CITY HALL AND THE MAYOR**

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

ELOI KOUEKASSAZO
Name - Full Name Please - PRINT

2270 PERKINS CT
Street Address

COLUMBUS, OHIO
City, State and Zip Code

614-432-0968
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Name - Full Name Please
   **COLUMBUS DIVISION OF POLICE HEADQUATER**
   120 Marconi Boulevard Columbus Ohio 43215

   Address: Street, City, State and Zip Code

2. **OFFICE OF THE MAYOR COLUMBUS CITY HALL AND THE MAYOR**
   90 West Broad Street Columbus Ohio 43215

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

[✓] Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

[✓] Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

[ ] Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

[✓] Title __18__ United States Code, Section __241__
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

**CLAIM 1 AND 2: CONSPIRACY AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

1. A group of Police officers from Columbus division of Police intentionally and without ceasing caused injuries to my person. For years now, I have been conspired against and prosecuted by those whose primary mission is to keep all of us safe no matter the ethnicity background we belong to. I suffered, and I am still suffering an unending conspiracy and prosecution that deprive me of civil rights and subject me to all kind of evil acts. In the past, these acts led to the loss of my job in 2014. Today I have never recovered from that job loss because the tortfeasors, continue their dirty work of ruining my reputation and destroying my life.

2. They annoy me over the phone but say nothing when I pick up the phone. They follow me wherever I go especially to any job interview and to any potential employer to make sure that I am not making no money that would result in easing the financial hardship burden they laid down upon me. They got a firm hold of my life for very long time, they got my phone taped and they video tape every step of my life once I got out of my house. They use surveillance video to prevent me from getting a job, preclude me from taking care of my family by so doing and keep the financial hardship going for years.

3. They prosecute me even on the web to know what website I visit and mostly to track my job search, only to mess it all. Not to mention that they hired some of my neighbors to alert them through the phone whenever I cross the threshold of my apartment's door to go out. Some Columbus firefighters at some point also where associated to this conspiracy in the past. This lawsuit is not about them yet, I am sparing them now until their turn comes.

4. In any job search I am in, there is always a police officer or a group of police under-covered or in uniform who interfere, conspired against me and talk to any potential employer not to hire me. This is true of any business I do, fortunately I always spot them wherever they are around tracking me and however they hide. I cannot put up with it anymore and I am bringing this case against **Columbus division of Police, Office of the Mayor Columbus City Hall and the Mayor** before this court under the Tort law for conspiracy

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| 2:15-CV-2427 | Eloi Kouekassazo | vs. IntelliSource and Zulily Inc |
| 2:18-CV-61 | Eloi Kouekassazo | vs. IntelliSource and Zulily Inc |
| | | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Under the Tort law on the claim of conspiracy, intentional infliction of emotional distress, and property damage, I want the court to obtain the following relieves for me:

| | |
|---|---|
| Years of deprivation of enjoyment of live | $ 500,000 |
| Emotional distress | $ 500,000 |
| Loss of competitivity in the job market | $ 500,000 |
| Pain and suffering | $ 8000,000 |
| Past and future pecuniary loss | $ 600,000 |
| Property damage | $ 500,000 |
| Punitive damage | $ 500,000 |
| Violation of personal rights | $ 1,000,000 |
| Total | $ 12,100,000 |

**TWELVE MILLION AND ONE HUNDRED THOUSAND**

I state under penalty of perjury that the foregoing is true and correct. Executed on this __24_ day of _____April_____, 20_19_.

_____
Signature of Plaintiff

-4-

**conspiracy, intentional infliction of Emotional distress and property damage over witch this court has jurisdiction for it arose within its district.**

This is not a laughing matter, it is a life put up-set down by those with a mindset of being above the law because of the color of their skin and the function they occupy. This court should send a very strong signal upon this case to anyone who would contemplate this kind of thinking to ruin and destroy other people's life under the sole pretext that they have a reservation for exoneration or acquittal.

5- Their many sordid acts include and are not limited to damage of reputation, damage of character, violation of civil rights, damage of property, unceasing prosecution anywhere I go. They guard me and guard my car wherever I go on the daily basis. These actions caused me to loose competitivity in the job market, wiped away any retirement plan I had, deteriorated my health, increased emotional distress, destroyed my credit, assassinated my character, starved my family for years, not to mention past pecuniary losses I suffered, future pecuniary losses I have to suffer, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses I suffered. The word to describe all their actions against me is a death sentence, an ocean of pain, a tsunami bestowed onto my life that is affecting every area of my life by those who ought to enforce the law but violate it instead. Clearly These conspirators, I mean these Columbus Police officers singled me out and put me under a house arrest that is not called one for years for no reason but the color of my skin.

6-In 2017 and 2018, I contacted the mayor office to bring this matter to his attention to no avail, because the very people conspiring against me, inflicting emotional distress to me, are everywhere including in my way to the mayor office. I mean, I filled in forms in this regard, not one of them went through because of them. I called several times the mayor office but for the same reasons stated above it felt into deaf ears. This happened only because the tortfeasors have my phone taped and my voice recorded, follow me every step of whichever way I take, and use it to their benefice to prevent me from getting help to solve this matter. The conspirators always get together and make sure that nothing gets to the ears of the mayor or anyone who could be of help in this case. This is to keep ongoing and prolonged at best the intentional infliction of pain they financially benefit from, which is another reason why the mayor would not be aware of it. A number of police officers working at Columbus city hall are aware of this for years, and they may have in one way or the other prevented me from reaching out to the mayor. Since that time nothing has changed, and things get even worse security wise for me.

7-Likewise, the Columbus division of police was contacted and did not follow through on this. The Columbus division of police is the main tortfeasor who know everything in this case since the police officers in question and the people they hired spend eight hours shift plus overtimes on me every day that God makes. The logistics they use on the daily basis belong to Columbus division of police. furthermore, their schedule is not made by me, but the Columbus division of police itself. Any denial by the Columbus division of police of any of these allegations would be only to deceive the eyes of this Court and the many evidence they put out there will prove otherwise. In addition, how its officers spend each second of their schedule is not to be find out by me. By the way officers in cruiser 9170 and 9181 were there again respectively on Thursday, April 11, 2019 (10:20 pm) and Thursday April 18,2019 (10:27 pm) working on me, at Walmart on Bethel Road 2700 Columbus OH 43220 where they are at work on me. These are racist and busy body police officers that find work only by going after me on the daily basis. All they do is violate the law they ought to enforce and think of the next thing to do to me which

**White Columbus police Cruiser 9170** On April 08, 2019 at 10:20 pm at Walmart on Bethel Road 2700.

**White Columbus Police Cruiser 9170** On April 11,2019 at 10:20 pm at Walmart on Bethel Road 2700

**White Columbus police Cruiser 6140** On April 13, 2019 at 8:46 pm and 10:15 pm at Walmart on Bethel Road 2700

**White Columbus police Cruiser 6410** On April 20,2019 at 8:00pm and 10:27 Pm at Walmart on Bethel

**White Columbus police Cruiser 170** On April 20 and April 21 at 1:06 pm at Walmart on Bethel

**KIA SOUL plate number GAQ 4662** March 1, 2019 at 3:07 pm

**KIA SOUL Plate number** GBA 2029 January 26, 2019 at 9:11pm at Walmart 2700 Bethel Road.

**KIA SOUL plate number** HQJ 4804 January 16, 2019 at 2:09 pm at Westerville Plaza

**Gray Lexus plate number** HAF 3977 RX 33 US Marine corps January 21, 2019 at 3:07 pm at Walmart.

They also used temporary license plate number (whether fake or real I do not know) and cover the permanent one with it just to be safe and make sure that they go unnoticed and uncaught for whatever they do to me. I noticed this strategy when they mistakenly failed to entirely cover the permanent plate number.

**15**-Their most used phone numbers which they used to annoy me on the daily basis include and are not limited to:

| | | | |
|---|---|---|---|
| 614-432-7396 | **614-432-3243** | 614-432-8732 | **614-432-1861** |
| 614-432-4438 | **614-432-8847** | 614-432-4164 | **614-432-2159** |
| 314-432-8508 | **614-432-1332** | 614-432-1840 | **614-432-1053** |
| 614-432-9698 | **614-432-2021** | 614-432-6024 | **614-432-9224** |
| 614-432-4436 | **614-432-9956** | 614-432-4415 | **614-432-2764** |
| 614-432-2005 | **614-432-0040** | 614-432-3933 | **614-432-1373** |
| 614-432-1928 | **614-432-1247** | 614-432-4822 | **614-432-7781** |
| 614-432-2408 | **614-432-4812** | 614-432-7197 | **614-432-8624** |
| 614-432-6436 | **614-432-4042** | 614-432-7546 | **614-432-3190** |
| 614-432-2387 | **614-432-1063** | 614-432-3763 | **614-432-6429** |
| 614-432-7585 | **614-432-9435** | 614-432-8283 | **614-432-4857** |
| 614-432-4756 | **614-432-4242** | 614-432-2604 | **614-432-7093** |
| 614-432-2060 | **614-432-6691** | 614-432-3339 | **614-432-7294** |
| 614-432-9988 | **614-432-2290** | 614-432-9529 | **614-432-7113** |
| 614-432-9035 | **614-432-3996** | 614-432-8979 | **614-432-2768** |
| 614-432-1059 | **614-432-7312** | 614-432-9865 | **614-432-7211** |
| 614-432-6993 | **614-432-2851** | 614-432-5942 | **614-432-2300** |
| 614-432-1475 | **614-432-6426** | 614-432-7421 | **614-432-6274** |
| 614-432-7686 | **614-432-5049** | 614-432-5545 | **614-432-3042** |
| 614-432-2511 | **614-432-1036** | 614-432-3146 | **614-432-8590** |
| 614-432-8381 | **614-432-1591** | 614-432-5624 | **614-432-2191** |

| 614-432-2263 | 614-432-1792 | 614-432-8767 | 614-432-3761 |
| 614-432-4205 | 614-432-7956 | 614-388-8164 | 614-432-9764 |
| 614-432-5243 | 614-432-1399 | 614-432-8765 | 614-432-1555 |
| 614-432-5929 | 614-432-6974 | 614-432-3291 | 614-432-2868 |

**16-**As stated above Columbus division of Police is very much involved in the violation of my legal rights through its employees, therefore, just as the dog owner is liable for injuries caused by his unleashed dog. Columbus division of Police and the office of the mayor and the Mayor are liable for all the damages, pain and suffering I incurred for years due to police officers who instead of enforcing the law conspired and violate my legal rights on the daily basis and continue to do so. There is more to what they make me go through every day and this complaint cannot contain it all. I am requesting on the grounds of other personal injury code 360, other property damage code 380 and Title 18 conspiracy code 241, the following relieves:

| | |
|---|---|
| Years of deprivation of enjoyment of life | $ 500,000 |
| Emotional distress | $ 500,000 |
| Loss of competitivity in the job market | $ 500,000 |
| Pain and suffering | $ 8,000,000 |
| Past and future pecuniary loss | $ 600,000 |
| Property damage | $ 500,000 |
| Punitive damage | $ 500,000 |
| violation of personal rights | $ 1,000,000 |
| **Total** | **$ 12,100,000** |

**TWELVE MILLION ONE HUNDRED THOUSAND**

Respectively submitted today 24nd day of April 2019

Eloi Kouekassazo, Plaintiff