# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Eloi Kouekassazo,**

    **Plaintiff,**

v.

**Columbus Division of Police Headquarter, et al.,**

    **Defendants.**

Case No. 2:19-cv-1578

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

Magistrate Judge Jolson issued a Report and Recommendation ("R&R") on April 24, 2019, recommending the Court deny Plaintiff's motion for leave to proceed *in forma pauperis*. R&R, ECF No. 2. The R&R explained that, according to Plaintiff's affidavit, he and his wife have a combined monthly income of $3,400, have $1,523 available in cash, and have monthly expenses of about $2,030. *Id.*

The R&R advised the parties of their right to object to the recommendation and were advised that a failure to object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal a decision adopting the R&R. *Id.* Objections were due on May 9, 2019, and none were filed. Additionally, Plaintiff has paid the filing fee. ECF No. 3.

Accordingly, the Court **ADOPTS** the R&R and **DENIES** Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No.1. The Clerk shall terminate ECF Nos. 1 & 2.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**